UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
DOCKET NO. 1:17-cr-00005-MOC-WCM

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| CHRISTOPHER JAMES SHELTON, | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the court on Defendant's letter (Doc. No. 31), dated April 12, 2019, in which he seeks an order from this Court requiring his former court-appointed attorney to provide him with certain documents, including his sentencing transcript, so he can challenge the Bureau of Prisons' calculation of credit for time served.

The Court will construe Defendant's letter as a motion to order disclosure of Defendant's sentencing transcript and other documents. The Court will deny the motion, as the Court lacks authority to require Defendant's former counsel to provide him with these documents. Furthermore, Defendant seeks his sentencing transcript in order to file a Section 2241 habeas petition, in which he intends to seek to obtain credit for time-served while he was serving a state court sentence. Defendant has not explained how obtaining a copy of his sentencing transcript will support his claim for time-served in state court.

**IT IS HEREBY ORDERED** that Defendant's Motion to Order Disclosure of Defendant's Transcript and other Documents, (Doc. No. 31), is **DENIED**.

1

Signed: April 26, 2019

Max O. Cogburn Jr
United States District Judge