UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
DOCKET NO. 1:17-cr-00005-MOC-WCM

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **CHRISTOPHER JAMES SHELTON,** | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the court on defendant's letter dated April 26, 2019, (Doc. No. 32), in which he seeks appointment of counsel so that he can file a habeas petition under 28 U.S.C. § 2241 in his district of confinement. To the extent that defendant's letter is construed as a motion to appoint counsel, the motion is denied for the reasons stated in the Court's prior order denying his first motion to appoint counsel. See (Doc. No. 30).

Signed: May 6, 2019

Max O. Cogburn Jr.
United States District Judge

1